THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FLOYD FISHER, JR., Appellant. [869 NYS2d 835]

Present—Centra, J.P., Peradotto, Green and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLENN WASHINGTON, Appellant. [869 NYS2d 846]

Present—Centra, J.P., Peradotto, Green and Pine, JJ.